IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| VERONICA LEDBETTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion filed on May 26, 2008 (Filing No. 16). The defendant requests a modification of her sentence in order that she may start one on one counseling to address her gambling addiction. The Court has reviewed this matter and the sentencing proceedings and notes that the sentence imposed recognized her cooperation and her remarkable acceptance of responsibility in imposing the sentence of twenty-four (24) months. The Court finds there is no statutory basis for granting a further modification of her sentence and the motion will be denied. Accordingly,

IT IS ORDERED that defendant's motion for modification of sentence is denied.

DATED this 17th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court